IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAMICO WHITE,

                Plaintiff,

v.

ANDREW SAUL,

                Defendant.

ORDER

20-cv-943-jdp

---

Pro se plaintiff Damico White filed this lawsuit seeking review of a final decision denying his claim for supplemental security income under the Social Security Act. His brief in support of his appeal was due April 19, 2021, but he did not file one. The court gave White until June 7, 2021, to file a brief in support of his appeal and warned him that his case would be dismissed for his failure to prosecute it if he did not respond. Dkt. 17. That order was returned to the court as undeliverable and White has not updated the court with his new address or otherwise responded about this case. Accordingly, I am dismissing this case without prejudice for White's failure to prosecute it. *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

ORDER

IT IS ORDERED that plaintiff Damico White's appeal is DISMISSED without prejudice for his failure to prosecute it. The clerk of court is directed to enter judgment for defendant and close this case.

Entered July 6, 2021.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge