IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMICO WHITE,

    Plaintiff,

  v.

Case No. 20-cv-493-jdp

ANDREW SAUL,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 7/6/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |